IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-02378-MSK-BNB

K.R. FIELD SERVICES, LLC.,

Plaintiff,

v.

BAC FIELD SERVICES CORPORATION, a/k/a BANK OF AMERICA FIELD SERVICES,
NOMAD PRESERVATION CORPORATION,
JEFFREY DAVIS,
HUSSIEN FARLOUK EL-HAJE,
HONI LEE EL-HAJE,
SHERRI CHIPMAN, and
STEPHEN HALEY,

Defendants.
_____

**ORDER**
_____

This matter arises on **Plaintiff's Unopposed Motion to Stay Procedural Deadlines** [Doc. # 20, filed 12/29/2010] (the "Motion to Stay"). I held a hearing on the Motion to Stay this afternoon and made rulings on the record, which are incorporated here.

IT IS ORDERED that the Motion to Stay [Doc. # 20] is DENIED.

Dated January 6, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge