IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-02378-MSK-BNB

K.R. FIELD SERVICES, LLC.,

Plaintiff,

v.

BAC FIELD SERVICES CORPORATION, a/k/a BANK OF AMERICA FIELD SERVICES,
NOMAD PRESERVATION CORPORATION,
JEFFREY DAVIS,
HUSSIEN FARLOUK EL-HAJE,
HONI LEE EL-HAJE,
SHERRI CHIPMAN, and
STEPHEN HALEY,

Defendants.

_____

**ORDER**
_____

I am informed that this case has been resolved.  Accordingly,

IT IS ORDERED that on or before **November 4, 2011**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated October 7, 2011.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge