IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 10-cv-02378-MSK-BNB

K.R. FIELD SERVICES, L.L.C.,

Plaintiff,

v.

BAC FIELD SERVICES CORPORATION, a/k/a BANK OF AMERICA FIELD SERVICES;
NOMAD PRESERVATION CORPORATION;
JEFFREY DAVIS;
HUSSIEN FARLOUK EL-HAJE;
HONI LEE EL-HAJE;
SHERRI CHIPMAN; and
STEPHEN HALEY,

Defendants.

---

**ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE**

---

THIS MATTER is before the Court on the Unopposed Motion for Dismissal With Prejudice **(#46 )** filed November 18, 2011. The Court having reviewed the foregoing,

FINDS that the Plaintiff seeks to dismiss all claims against Defendant BAC Field Services Corporation, a/k/a Bank of America Field Services with prejudice. Additionally, the Plaintiff seeks to dismiss this matter in its entirety now that the claims against BAC Field Services Corporation are resolved as none of the other named Defendants have filed an answer or otherwise entered an appearance. Accordingly,

**IT IS ORDERED** that the Motion is **GRANTED** and any and all claims asserted in the above-captioned matter are dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. The Clerk shall close this case.

DATED this 21st day of November, 2011.

**BY THE COURT:**

Marcia S. Krieger
United States District Judge